UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

|  |  |  |
|---|---|---|
| IN THE MATTER OF: | ) ) ) ) ) | |
| ROBERT A. COX | ) ) ) ) | 4:06 MC 551 CEJ |

## ORDER

This Court has been advised by receipt of a certified copy of the September 15, 2006 order of the Supreme Court of Missouri, entered in **In re: Robert A. Cox**, Cause No. 86614, that Robert A. Cox has been suspended from the practice of law by the Supreme Court of Missouri.

Robert A. Cox has been admitted to practice before this Court. In accordance with Local Rule 12.02 and the Rules of Disciplinary Enforcement, this Court issued its order dated October 17, 2006 directing Robert A. Cox to show cause in writing within thirty days after service of that order why the identical discipline prescribed by the Supreme Court of Missouri should not be imposed by this Court. The order was sent by certified mail to the last known address of the Respondent. The record reflects delivery at that address on October 26, 2006. No response has been filed. This Court therefore finds that the identical discipline ordered by the Supreme Court of Missouri should be imposed on Robert A. Cox, pursuant to the rules of this Court.

Accordingly,

**IT IS HEREBY ORDERED** that Robert A. Cox be suspended from the roll of attorneys authorized to practice law in the United States District Court for the Eastern District of Missouri.

Dated this 24th day of January, 2007

BY THE COURT:

_____
Chief Judge Carol E. Jackson

_____
Judge Jean C. Hamilton

_____
Judge Charles A. Shaw

_____
Judge Catherine D. Perry

_____
Judge E. Richard Webber

_____
Judge Rodney W. Sippel

_____
Judge Henry E. Autrey